[No. 61945-4-I. Division One. February 9, 2009.]

VLC ONE, LLC, *Appellant*, v. STANLEY DAVIS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-29925-4, Douglas D. McBroom, J., entered June 6, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 26907-8-III. Division Three. February 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD EUGENE BIBBEE, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 07-1-01505-2, Tari S. Eitzen and Maryann C. Moreno, JJ., entered January 30 and February 4, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27065-3-III. Division Three. February 10, 2009.]

*In the Matter of the Marriage of* CAROLE ELIZABETH SHERWOOD, *Respondent*, and ROBERT LESLIE SHERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 06-3-00639-3, Philip W. Borst, J., entered March 31, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 36464-6-II. Division Two. February 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TROY A. TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 07-1-00042-7, E. Thompson Reynolds, J., entered June 14, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.